STATE v. MANNING

[353 N.C. 449 (2001)]

STATE OF NORTH CAROLINA v. RUSSELL EDWARD MANNING

No. 439A00

(Filed 4 May 2001)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 139 N.C. App. 454, 534 S.E.2d 219 (2000), finding no error in judgments entered 21 October 1998 by Everett, J., in Superior Court, Pitt County. Heard in the Supreme Court 17 April 2001.

*Roy A. Cooper, Attorney General, by David N. Kirkman, Assistant Attorney General, for the State.*

*W. Gregory Duke for defendant-appellant.*

PER CURIAM.

AFFIRMED.